1  J Christopher Jorgensen, Bar No. 5382
   CJorgensen@lewisroca.com
2  Brittni A. Tanenbaum, Bar No. 16013
   BTanenbaum@lewisroca.com
3  **LEWIS ROCA ROTHGERBER CHRISTIE LLP**
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, NV  89169
   Tel:    702.949.8200
5  Fax:    702.949.8398

6  *Attorneys for Defendant Barclays Bank Delaware*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| William H. Ball,<br><br>                    Plaintiff,<br><br>v.<br><br>BARCLAYCARD<br>BARCLAYSUS<br>A Delaware corporation,<br><br>                    Defendant. | Case No.  2:23-cv-02019-JAD-BNW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR BARCLAYS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Fed. R. Civ. P. 6(b) and L.R. IA 6-1, Defendant Barclays Bank Delaware ("Barclays"), by counsel, respectfully requests a thirty (30) day enlargement of the time to respond to the Complaint of Plaintiff William H. Ball in this action ("Plaintiff"). In support thereof, Defendant states:

1. On November 7, 2023, Plaintiff filed his Complaint in the Eighth Judicial District Court in and for Clark County, Nevada.

2. On November 16, 2023, Barclays was served with the Complaint.

3. On December 7, 2023, Barclays timely removed the action to this Court [ECF No. 1].

4. The undersigned was just recently retained in this action, and requires additional time to investigate all relevant matters, ascertain the veracity of the averments in Plaintiff's Complaint, analyze and ascertain any and all affirmative and other defenses, and otherwise submit

123238301.1

1  a proper response to the Complaint. In addition, the requested enlargement of time will permit Defendant to identify the account and complete its research. For these reasons, Defendant respectfully requests a thirty (30) day extension of time -- i.e., through and including January 13, 2024 -- within which to respond to Plaintiff's Complaint.

5.  This motion is made in good faith and not for purposes of undue delay. This is Defendant's first extension request, and no party will be prejudiced by the relief sought.

6.  Counsel for Defendant conferred with Plaintiff regarding the extension of time requested herein, who confirmed that Plaintiff does not oppose the relief sought.

WHEREFORE, Defendant Barclays Bank Delaware respectfully requests that the Court grant this Unopposed Motion and extend the time for Barclays Bank Delaware to respond to the Complaint by and through January 13, 2024.

DATED this 14th day of December, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Brittni Tanenbaum*
    J. Christopher Jorgensen (SBN: 5382)
    Brittni A. Tanenbaum (SBN: 16013)
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV 89169

*Attorneys for Defendant Barclays Bank Delaware*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __12/18/2023__

123238301.1

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** on this 14th day of December, 2023 by depositing said copies in the United States Mail, postage prepaid thereon, and via electronic mail upon the following:

>William H. Ball
>P.O. Box 90051
>Henderson, Nevada 89009
>951-923-9498
>Billball49@verizon.net
>*Plaintiff Pro-se*

> */s/    Sharon L. Kuller*
> An employee of Lewis Roca Rothgerber Christie

123238301.1

- 3 -