UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| William H. Ball,<br><br>   Plaintiff<br>v.<br><br>Barclaycard, et al.,<br><br>   Defendants | Case No. 2:23-cv-02019-JAD-BNW<br><br>**Order Granting Unopposed<br>Motion to Dismiss**<br><br>[ECF No. 15] |

Defendant Barclays Bank Delaware, incorrectly sued as "Barclaycard" and "BarclaysUS," moves to dismiss[1] this suit over inaccurate information about the status of a credit card account, which was filed by Plaintiff William H. Ball in state court and then removed to federal court last December.  Barclays argues that this case must be dismissed because any state-law claims are preempted by the Fair Credit Reporting Act, and Ball has not alleged that a credit-reporting agency provided notice of his dispute to Barclays, which is required to state a plausible claim under that federal statute.  Ball's deadline to oppose that motion ran on March 12, 2024, without response or any request to extend it.  Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."  I apply Local Rule 7-2(d) and deem plaintiff's failure to oppose this motion as his consent to granting it.  Accordingly,

---

[1] ECF No. 15.

1     IT IS HEREBY ORDERED that **the motion to dismiss [ECF No. 15] is GRANTED.**

2 **This case is DISMISSED, and** the Clerk of Court is directed to **CLOSE THIS CASE.**

3     Dated: March 15, 2024

                                                        _____
                                                        U.S. District Judge Jennifer A. Dorsey